UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALLIED SHIPYARD, INC.** | **CIVIL ACTION NO.** _____ |
| **VERSUS** | **SECTION "**\_\_\_\_\_**"** |
| **M/V MISTER B,** **OFFICIAL NUMBER 1181956,** **HER ENGINES, TACKLE, APPAREL,** **FURNITURE, ETC., IN REM** | **MAGISTRATE "**\_\_\_\_\_**"** (ADMIRALTY JURISDICTION) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMPLAINT FOR MARITIME LIEN FORECLOSURE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT, SITTING IN AND FOR THE EASTERN DISTRICT OF LOUISIANA:

The complaint of Allied Shipyard, Inc. (hereinafter referred to as "Plaintiff"), a Louisiana business corporation domiciled in the Parish of Lafourche, State of Louisiana, through undersigned counsel, with respect represents that:

1.

Made Defendant herein is the M/V MISTER B, Official Number 1181956, her engines, tackle, apparel, furniture, etc., in rem, in a cause of maritime lien foreclosure.

2.

Jurisdiction herein is founded on the admiralty and maritime jurisdiction of this honorable Court under Title 28, Section 1333, of the United States Code, as revised. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

3.

Upon information and belief, Boyson, Inc., a business corporation domiciled in the United States Virgin Islands, is the owner of the M/V MISTER B and was said owner at all times pertinent herein.

4.

Upon information and belief, the M/V MISTER B is a vessel documented with the United States Coast Guard and is presently located within the territorial limits of the Eastern District of Louisiana, therefore said vessel is subject to the jurisdiction of this honorable Court.

5.

Plaintiff provided to the M/V MISTER B, at the request of the vessel's owner and operator, Boyson, Inc., certain materials, repair services, and machinery which were necessary for the operation of the vessel in its ordinary trade, for the agreed sum of NINETEEN THOUSAND SIX AND 75/100 ($19,006.75) DOLLARS, plus interest at ONE (1%) PERCENT per month from thirty (30) days after date of invoice until paid, plus reasonable attorney fees and all costs of these proceedings.

6.

Additionally, the subject vessel has been incurring wharfage charges at Plaintiff's dock at the rate of Fifty ($50.00) Dollars per day continuously since June 1, 2018, which said charges shall continue to accrue during the pendency of this proceeding.  As of the date of filing of this complaint, the total amount of wharfage charges owed to Plaintiff regarding the subject vessel is ELEVEN THOUSAND THREE HUNDRED FIFTY AND NO/100 ($11,350.00) DOLLARS.

7.

Despite amicable demand by Plaintiff upon the vessel's owner, Boyson, Inc., a balance on said indebtedness remains due and owing as follows:

A.   On the above described ship repair bill, in the amount and sum of NINETEEN THOUSAND SIX AND 75/100 ($19,006.75) DOLLARS, plus interest at ONE (1%) PERCENT per month from thirty (30) days after date of invoice until paid, plus reasonable attorney fees and all costs of these proceedings; and

B.   For the above described wharfage charges, in the amount and sum of ELEVEN THOUSAND THREE HUNDRED FIFTY AND NO/100 ($11,350.00) DOLLARS as of January 14, 2019, which said charges shall continue to accrue at the rate of Fifty ($50.00) Dollars per day during the pendency of this proceeding.

**WHEREFORE PLAINTIFF PRAYS** that:

A. Process in due form of law issue against the M/V MISTER B, Official Number 1181956, her engines, tackle, apparel, furniture, etc., in rem, and that all persons claiming any interest therein be required to appear and answer herein, all and singular, the matters aforesaid;

B. After due proceedings are had, there be judgment rendered herein in favor of Plaintiff, Allied Shipyard, Inc., and against the M/V MISTER B, Official Number 1181956, her engines, tackle, apparel, furniture, etc., in rem, as follows:

   1) On the above described ship repair bill, in the amount and sum of NINETEEN THOUSAND SIX AND 75/100 ($19,006.75) DOLLARS, plus interest at ONE (1%) PERCENT per month from thirty (30) days after date of invoice until paid, plus reasonable attorney fees and all costs of these proceedings; and

   2) For the above described wharfage charges, in the amount and sum of ELEVEN THOUSAND THREE HUNDRED FIFTY AND NO/100 ($11,350.00) DOLLARS as of January 14, 2019, which said charges shall continue to accrue at the rate of Fifty ($50.00) Dollars per day during the pendency of this proceeding;

C. The M/V MISTER B, Official Number <u>1181956</u>, be condemned and sold to satisfy any judgment rendered herein in favor of Plaintiff; and

D. Plaintiff's maritime lien be recognized, enforced, and paid in preference and priority over any and all other claimants and/or interveners herein.

**PLAINTIFF FURTHER PRAYS** for all such additional relief as law, equity, or the nature of the case may permit.

Respectfully Submitted By:

<u>/s/ *Lee A. Callais*</u>
LEE A. CALLAIS
ATTORNEY AT LAW
LA. BAR ROLL NUMBER:  22014
310 LEDET LANE
POST OFFICE BOX 1575
LAROSE, LOUISIANA  70373
TELEPHONE:  (985) 693-8877
FACSIMILE:  (985) 693-3687
E-MAIL:  LACALLAIS@VISCOM.NET
ATTORNEY FOR PLAINTIFF,
ALLIED SHIPYARD, INC.